Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JESSICA MCCLINTOCK, INC.; et al., <br><br> Defendants. | Case No.: CV 12-5982 CAS (FFMx) <br><br> **[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANTS MACY'S, INC. AND MACY'S RETAIL HOLDINGS, INC. WITH PREJUDICE** |

1 – Order on Stipulation to Dismiss

**ORDER**:

*FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:*

Plaintiff Premier Fabrics, Inc.'s ("Plaintiff") claims against Macy's, Inc. and Macy's Retail Holdings, Inc. in this action are hereby dismissed with prejudice and Plaintiff and Macy's, Inc. and Macy's Retail Holdings, Inc. shall each bear its own costs and attorney's fees as incurred in connection with one another in this action.

SO ORDERED.

Dated: March 13, 2013

By: *[signature: Christina A. Snyder]*

HONORABLE CHRISTINA A. SNYDER